**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Nancy Kelley Thetford COOPER,**
**Defendant–Appellant.**

No. 03–40351.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2003.

Terri Lynn Hagan, Assistant US Attorney, US Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff–Appellee.

Amy R Blalock, Joe J. Monsivais, Assistant Federal Public Defender, Federal Public Defender's Office, Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before SMITH, DEMOSS, and STEWART, Circuit Judges.

PER CURIAM.*

Nancy Kelley Thetford Cooper appeals her sentence following her guilty plea conviction of bank fraud. Cooper argues that the district court abused its discretion in departing upward from the Sentencing Guidelines range and that the district court erred in refusing to group the present offense with an offense for which Cooper had previously been sentenced. The district court did not abuse its discretion, as the district court relied upon permissible factors not already taken into consideration by the Sentencing Guidelines in deciding to depart. *See United States v. Ravitch,* 128 F.3d 865, 871 (5th Cir.1997); U.S.S.G. § 4A1.3 (1998). The district court did not err in refusing to group the present offense with an offense for which Cooper had previously been sentenced. *See United States v. Tolbert,* 306 F.3d 244, 247–48 (5th Cir.2002).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.